**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action No: 11cv11649-MLW

SECURITIES AND EXCHANGE COMMISSION, )
Plaintiff )

v. )

K2 Unlimited, INC., )
211 Ventures, LLC )
Diane Glatfelter, )
Robert C. Rice )
Robert S. Anderson )
Defendants )

## WITHDRAWAL OF THIRD PARTY COMPLAINT

NOW COMES Defendant Diane Glatfelter and moves that this Honorable Court withdraw her Third Party Complaint filed on April 2, 2013.

Dated: April 9, 2013

ALLOWED
Wolf, DJ
~~[illegible]~~
May 9, 2013

Respectfully submitted,
Diane Glatfelter,
By her attorney,

/s/ Michael DeMarco

Michael DeMarco
Law Offices of Michael P. DeMarco
277 Linden St. Suite 200
Wellesley, MA 02482
781-775-5287
(F): 781-235-0506

[page too faded to transcribe reliably]